[No. 33359-3-I.     Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ADRIAN MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07764-3, Deborah Fleck, J., entered July
26, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 35366-7-I.     Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
ALBERT RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-00541-0, Richard M. Ishikawa, J., entered
October 7, 1994. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Baker, C.J., and Webster, J.

[No. 35977-1-I.     Division One.    January 27, 1997.]

*In the Matter of the Marriage of* M.R.K., *Respondent,
and* V.J.K., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-3-05998-5, Charles W. Mertel, J., entered
December 15, 1994. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Grosse and Agid, JJ.

[No. 36012-4-I.     Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00048-3, Anita Louise Farris, J.,
entered January 25, 1995. *Affirmed* by unpublished per
curiam opinion.